66]          MARY JENNINGS et al. vs. HEZEKIAH HOLBERT.

Plaintiff bound to pay defendant's costs for preparing for trial, where plaintiff countermanded his notice of trial before the circuit, although issues of a later date were not tried.

*Motion by defendant that plaintiff's pay the defendant's costs of preparing for trial, after notice of trial and prior to countermand.*—Notice of trial was served for last September circuit, and subsequently (about four days before the circuit) countermanded. Defendant had incurred expenses after notice and before countermand, in preparing for the trial, the costs taxed and served, and not paid by plaintiffs. Plaintiffs state that no issues of so late a date as the above were reached or tried in their regular order on the calendar.

S. H. HAMMOND, *Defts Counsel.*          B. F. DUNNING, *Defts Atty.*
R. J. HILTON, *Plffs Counsel.*          J. W. GOTT, *Plffs Atty*

*Decision.*—Motion granted with costs.

Two other causes between the same attorneys, on the same facts, decided the same.